UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| FRANK E. MAURO, III | : | |
| FRANK EDWARD MAURO, III | : | |
| FRANK MAURO, III | : | |
| FRANK E. MAURO | : | |
| FRANK EDWARED MAURO | : | |
| FRANK MAURO | : | |
| TA TIN MAN | : | |
| TA TM PROPERTY SERVICES | : | |
| SAMANTHA MARIE MAURO | : | |
| SAMANTHA M. MAURO | : | |
| SAMANTHA MAURO | : | |
|     Debtor(s) | : | CASE NO. 5:14-bk-04460JJT |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
| vs | : | |
| | : | |
| FRANK E. MAURO, III | : | |
| FRANK EDWARD MAURO, III | : | |
| FRANK MAURO, III | : | |
| FRANK E. MAURO | : | |
| FRANK EDWARED MAURO | : | |
| FRANK MAURO | : | |
| TA TIN MAN | : | |
| TA TM PROPERTY SERVICES | : | |
| SAMANTHA MARIE MAURO | : | |
| SAMANTHA M. MAURO | : | |
| SAMANTHA MAURO | : | MOTION TO DISMISS |
|     Respondent(s) | : | |

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, comes Charles J. DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha McHale, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

1. Debtor(s) filed the above case on September 26, 2014

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates: January 08, 2016  April 05, 2016  July 06, 2016

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently two months in default with arrearages of 1,050.00 through September, 2016.

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Respectfully submitted,

Charles J. DeHart, III
Standing Chapter 13 Trustee

/s/ Agatha McHale
Agatha McHale, Esquire
Attorney for Movant
8125 Adams Drive, Suite A
Hummelstown, PA 17036
717-566-6097
FAX 717-566-8313
amchale@pamd13trustee.com

UNTIED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
FRANK E. MAURO, III                    :
FRANK EDWARD MAURO, III                :
FRANK MAURO, III                       :
FRANK E. MAURO                         :
FRANK EDWARED MAURO                    :
FRANK MAURO                            :
TA TIN MAN                             :
TA TM PROPERTY SERVICES                :
SAMANTHA MARIE MAURO                   :
SAMANTHA M. MAURO                      :
SAMANTHA MAURO                         :
                                       :         CASE NO: 5-14-04460JJT
                                       :
                                       :         MOTION TO DISMISS

## NOTICE TO PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely plan payments pursuant to the Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion.

Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| November 15, 2016, at 9:00 a.m. | November 15, 2016, at 9:35 a.m. |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosen U.S. Courthouse | Max Rosen U.S. Courthouse |
| 197 S. Main St. | 197 S. Main St. |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend this conference or the dismissal hearing unless one of the following takes place on or before: **November 08, 2016**.

1. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the U.S. Bankruptcy Court in Harrisburg, PA, on or before November 08, 2016.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary dismissal with the U.S. Bankruptcy Court in Harrisburg, PA and have served a copy of that motion upon Trustee DeHart.

FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT IMMEDIATELY AFTER YOUR CONFERENCE WITH THE TRUSTEE AND MAY RESULT IN DISMISSAL OF YOUR CASE. **PAYMENT IN FULL WILL NOT EXCUSE YOU FROM THE HEARING**.

Any questions concerning plan arrearage should be directed to Trustee DeHart's office at (717) 566-6097, Monday - Friday, 9:00 a.m. to 4:00 p.m. Do not call the Bankruptcy Court, as the Court does not maintain records for debtor's payment status.

DATE: October 19, 2016         CHARLES J. DEHART, III, TRUSTEE

## CERTIFICATE OF SERVICE

      The Trustee, Charles J. DeHart, III, certifies that this NOTICE TO PARTIES IN INTEREST was served upon Debtor(s) and his/her counsel of record by depositing the same in the U.S. Mail, first class, postage prepaid on October 19, 2016, unless notified electronically.

FRANK E. MAURO, III                              :
FRANK EDWARD MAURO, III               :

FRANK MAURO, III                                  :
FRANK E. MAURO                                    :
FRANK EDWARED MAURO                :
FRANK MAURO                                        :
TA TIN MAN                                            :
TA TM PROPERTY SERVICES                :
SAMANTHA MARIE MAURO                :
SAMANTHA M. MAURO                      :
SAMANTHA MAURO                              :
206 WINCHESTER DRIVE
EAST STROUDSBURG, PA 18301
(Debtors)

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA  18360-0511
(Attorney for Debtors)

                                        RESPECTFULLY SUBMITTED,

                                        <u>/s/Liz Joyce</u>
                                        Liz Joyce
                                        For Charles J. DeHart, III,
                                        Standing Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| FRANK E. MAURO, III | : | |
| FRANK EDWARD MAURO, III | : | |
| FRANK MAURO, III | : | |
| FRANK E. MAURO | : | |
| FRANK EDWARED MAURO | : | |
| FRANK MAURO | : | |
| TA TIN MAN | : | |
| TA TM PROPERTY SERVICES | : | |
| SAMANTHA MARIE MAURO | : | |
| SAMANTHA M. MAURO | : | |
| SAMANTHA MAURO | : | |
| | : | |
| | : | |
| Debtor(s) | : | CHAPTER 13 |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |

|                              |   | CASE NO: 5-14-BK-04460JJT |
|------------------------------|---|---------------------------|
| vs.                          | : |                           |
|                              | : |                           |
| FRANK E. MAURO, III          | : |                           |
| FRANK EDWARD MAURO, III      | : |                           |
| FRANK MAURO, III             | : |                           |
| FRANK E. MAURO               | : |                           |
| FRANK EDWARED MAURO          | : |                           |
| FRANK MAURO                  | : |                           |
| TA TIN MAN                   | : |                           |
| TA TM PROPERTY SERVICES      | : |                           |
| SAMANTHA MARIE MAURO         | : |                           |
| SAMANTHA M. MAURO            | : |                           |
| SAMANTHA MAURO               | : |                           |
|     Respondent(s) |   |                  |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.