```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 14-04460-JJT
Frank E. Mauro, III                                                 Chapter 13
Samantha Marie Mauro
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner          Page 1 of 1          Date Rcvd: Apr 07, 2017
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
     +East Stroudsburg Area School District,   50 Vine Street,   East Stroudsburg, PA 18301-2150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
      Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      J. Zac Christman    on behalf of Debtor Frank E. Mauro, III jchristman@newmanwilliams.com,
       mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
      J. Zac Christman    on behalf of Joint Debtor Samantha Marie Mauro jchristman@newmanwilliams.com,
       mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
      John F Goryl    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
      Joseph Angelo Dessoye    on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
      Joshua I Goldman    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
      Robert Patrick Wendt    on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
      Thomas I Puleo    on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      Vincent Rubino    on behalf of Joint Debtor Samantha Marie Mauro
       epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
       williams.com;eapotito@hotmail.com
      Vincent Rubino    on behalf of Debtor Frank E. Mauro, III
       epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
       williams.com;eapotito@hotmail.com
      William Edward Miller    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION
       wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                   TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| FRANK E. MAURO, III, | : | |
| a/k/a FRANK EDWARD MARUO, III, | : | CASE NO. 5:14-04460 |
| a/k/a FRANK MAURO, III, | : | |
| a/k/a FRANK E. MAURO, | : | |
| a/k/a FRANK EDWARD MAURO, | : | |
| a/k/a FRANK MAURO, | : | |
| t/a TIN MAN, | : | |
| t/a TM PROPERTY SERVICES, and, | : | |
| SAMANTHA MARIE MAURO, | : | |
| a/k/a SAMANTHA M. MAURO, | : | |
| a/k/a SAMANTHA MAURO, | : | |
| Debtors. | : | |

## ORDER

Upon consideration of the above-named Debtor, SAMANTHA MARIE MAURO, having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future disposable income to the jurisdiction of this Court;

IT IS THEREFORE ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting it to a case under Chapter 7 of the Bankruptcy Code, the employer/entity from whom the Debtor, SAMANTHA MARIE MAURO, receives income:

East Stroudsburg Area School District
50 Vine Street
East Stroudsburg, PA 18301

**Social Security #xxx-xx-2622**

shall deduct from the income of SAMANTHA MARIE MAURO, **$262.50 from each bi-weekly paycheck**, **beginning on the next pay day following the receipt of this Order,** including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor, and to remit the deducted sums to:

CHARLES J. DEHART, III, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
PO BOX 7005
LANCASTER, PA 17604

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall change the amount of the monthly remittance to the Trustee in the future, if the employer/entity from whom the Debtor receives income is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage deduction until the employer/entity from whom the Debtor receives income is directed in writing to discontinue the deduction, either by the Trustee or by Debtor's counsel.

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated, and shall advise the Trustee of the reason for such termination.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for all requisite withholding taxes and other appropriate deductions, be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer/entity will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject employer/entity in this case, if any.

Dated: April 7, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)