UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FRANK E. MAURO, III
AKA: FRANK EDWARD MAURO, III,
FRANK MAURO, III, FRANK E.
MAURO, FRANK EDWARED MAURO,
FRANK MAURO
DBA: TA TIN MAN, TA TM
PROPERTY SERVICES
SAMANTHA MARIE MAURO
AKA: SAMANTHA M. MAURO,
SAMANTHA MAURO

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-14-04460-JJT

FRANK E. MAURO, III
AKA: FRANK EDWARD MAURO, III,
FRANK MAURO, III, FRANK E.
MAURO, FRANK EDWARED MAURO,
FRANK MAURO
DBA: TA TIN MAN, TA TM
PROPERTY SERVICES
SAMANTHA MARIE MAURO
AKA: SAMANTHA M. MAURO,
SAMANTHA MAURO

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on September 28, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of September 28, 2017, the Debtor(s) is/are $2887.50 in arrears with a plan payment having last been made on Sep 25, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 28, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FRANK E. MAURO, III
AKA: FRANK EDWARD MAURO, III, FRANK MAURO, III, FRANK E. MAURO, FRANK EDWARED MAURO, FRANK MAURO
DBA: TA TIN MAN, TA TM PROPERTY SERVICES
SAMANTHA MARIE MAURO
AKA: SAMANTHA M. MAURO, SAMANTHA MAURO

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-14-04460-JJT

FRANK E. MAURO, III
AKA: FRANK EDWARD MAURO, III, FRANK MAURO, III, FRANK E. MAURO, FRANK EDWARED MAURO, FRANK MAURO
DBA: TA TIN MAN, TA TM PROPERTY SERVICES
SAMANTHA MARIE MAURO
AKA: SAMANTHA M. MAURO, SAMANTHA MAURO

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on September 28, 2017.

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

FRANK E. MAURO, III
SAMANTHA MARIE MAURO
206 WINCHESTER DRIVE
EAST STROUDSBURG, PA 18301

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 28, 2017