In re:  Case No. 14-04460-JJT
Frank E. Mauro, III  Chapter 13
Samantha Marie Mauro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner              Page 1 of 2              Date Rcvd: Sep 28, 2017
                              Form ID: pdf010            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.

```
db/jdb         +Frank E. Mauro, III,    Samantha Marie Mauro,    206 Winchester Drive,
                 East Stroudsburg, PA 18301-8198
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
4549515        +ALLAN SMITH PC,    BUCKS CTY OFFICE CTR,    1276 VETERANS HWY STE E1,    BRISTOL, PA 19007-2597
4549516        +BAC DEBT COLL & CONSULTANTS,    221 SKYLINE DR STE 208,    PMB #134,
                 EAST STROUDSBURG, PA 18301-1352
4549517         CACH LLC,    PO Box 10587,    Greenville, SC 29603-0587
4549518        +CAPITAL ONE BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4549520        +CMI CREDIT MEDIATORS,    PO BOX 456,    UPPER DARBY, PA 19082-0456
4549521        +CREDIT ACCEPTANCE CORP,    PO BOX 513,    SOUTHFIELD, MI 48037-0513
4604265         Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4550289        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4549522       ++FIRST FINANCIAL RESOUCES INC,    1 CLARKS HILL,    SUITE 302,    FRAMINGHAM MA 01702-8172
                (address filed with court: FIRST FINANCIAL RESOURCE,    209 W CENTRAL ST STE 107,
                 NATICK, MA 01760)
4549523        +FRED BUDITTI,    34 N CRYSTAL STREET,    EAST STROUDSBURG, PA 18301-2129
4601883        +Judith D. Cassel,    100 N Tenth St,    P.O. Box 1778,    Harrisburg, PA 17105-1778
4549525        +MARY LOUISE PARKER, ESQ.,    900 SCOTT STREET,    STROUDSBURG, PA 18360-1820
4549526        +NCO FINANCIAL SVCS/99,    PO BOX 15636,    WILMINGTON, DE 19850-5636
4549527        +OCWEN LOAN SERVICING,    2711 CENTERVILLE RD STE 400,    WILMINGTON, DE 19808-1645
4549528        +OCWEN LOAN SERVICING,    PO BOX 24738,    WEST PALM BEACH, FL 33416-4738
4549529        +PA DEPT OF REVENUE,    BUREAU OF COLLECTIONS,    PO BOX 281041,    HARRISBURG, PA 17128-1041
4549530       #+PARKER OIL CO,    STROUDSBURG GULF STATION,    320 N 9TH STREET,    STROUDSBURG, PA 18360-1804
4549531         PENN CREDIT,    PO BOX 988,    HARRISBURG, PA 17108-0988
4549532        +PHELAN HALLINAN LLP,    1617 JFK BLVD STE 1400,    ONE PENN CENTER PLAZA,
                 PHILADELPHIA, PA 19103-1823
4549533        +POCONO TRACTOR & EQUIPMENT,    53 N COURTLAND STREET,    EAST STROUDSBURG, PA 18301-2101
4549535        +REAL TIME RESOLUTIONS,    PO BOX 566027,    DALLAS, TX 75356-6027
4549537        +RONALD O'BOYLE DMD,    4 FORK STREET,    MT. POCONO, PA 18344-1200
4803257        +Rushmore Loan Management for MTGLQ Investors, LP,    7515 Irvine Center Drive Suite 100,
                 Irving, CA 92618-2930
4803258        +Rushmore Loan Management for MTGLQ Investors, LP,    7515 Irvine Center Drive Suite 100,
                 Irving, CA 92618,   Rushmore Loan Management for MTGLQ Inves,
                 7515 Irvine Center Drive Suite 100,    Irving, CA 92618-2930
4549538        +SYCAMORE EN ROCKWY RET,    ATTN MIKE AVERSANO,    998 OLD EAGLE SCHL RD ST 1205,
                 WAYNE, PA 19087-1805
4549539        +SYCAMORE PETROLEUM,    ATTN MIKE AVERSANO,    998 OLD EAGLE SCHL RD ST 1205,
                 WAYNE, PA 19087-1805
4601884        +Sycamore Energy-Rockaway Retail, LLC,    998 Old Eagle School Rd,    Suite 1205,
                 Wayne, PA 19087-1805
4549541        +TIN MAN,    206 WINCHESTER AVENUE,    EAST STROUDSBURG, PA 18301-8198
4549542        +TM PROPERTY SERVICES,    206 WINCHESTER AVENUE,    EAST STROUDSBURG, PA 18301-8198
4549543        +TROJAN PROFESSIONAL SVCS,    4410 CERRITOS AVE,    LOS ALAMITOS, CA 90720-2549
4549544        +WELLS FARGO BANK NA,    3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7200
4549545        +WELLS FARGO HOME MORTGAGE,    PO BOX 10335,    DES MOINES, IA 50306-0335
4603705        +Wells Fargo Bank, NA,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4549519         E-mail/Text: bk.notifications@jpmchase.com Sep 28 2017 18:59:11     CHASE AUTO FINANCE,
                 PO BOX 901076,    FT. WORTH, TX 76101-2076
4549524        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 28 2017 18:59:06     KOHLS/CAPONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
4549534         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 19:02:58
                 PORTFOLIO RECOVERY ASSOC,    120 CORPORATE BLVD STE 100,    NORFOLK, VA 23502
4603176         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 19:02:58
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4583747        +E-mail/Text: recovery@paypal.com Sep 28 2017 18:58:26     PayPal Inc,   PO Box 45950,
                 Omaha, NE 68145-0950
4549540        +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 18:57:11     SYNCHRONY BANK,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH LLC,   PO Box 10587,   Greenville, SC  29603-0587
4549536      ##+RENT TO OWN SHEDS,    1323 HARBOR ROAD,    ANNAPOLIS, MD 21403-4718
                                                                                        TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor Frank E. Mauro, III jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              J. Zac Christman    on behalf of Joint Debtor Samantha Marie Mauro jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Joseph Angelo Dessoye    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Robert Patrick Wendt    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Frank E. Mauro, III
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent Rubino    on behalf of Joint Debtor Samantha Marie Mauro
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              William Edward Miller    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                            TOTAL: 14
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

FRANK E. MAURO, III
AKA FRANK EDWARD MAURO, III
TA TM PROPERTY SERVICES
AKA FRANK MAURO, III
AKA FRANK MAURO
AKA FRANK E. MAURO
TA TIN MAN
AKA FRANK EDWARD MAURO
SAMANTHA MARIE MAURO
AKA SAMANTHA M. MAURO
AKA SAMANTHA MAURO

Debtor(s)

CHARLES J DEHART, III (TRUSTEE)
Movant(s)
vs.

FRANK E. MAURO, III
AKA FRANK EDWARD MAURO, III
TA TM PROPERTY SERVICES
AKA FRANK MAURO, III
AKA FRANK MAURO
AKA FRANK E. MAURO
TA TIN MAN
AKA FRANK EDWARD MAURO
SAMANTHA MARIE MAURO
AKA SAMANTHA M. MAURO
AKA SAMANTHA MAURO

Respondent(s)

Chapter: 13

Case Number: 5:14-bk-04460-JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

Date: September 28, 2017

MDPA-Dismiss Case.WPT - REV 01/15

Case 5:14-bk-04460-JJT   Doc 70   Filed 09/30/17   Entered 10/01/17 00:44:11   Desc
Imaged Certificate of Notice   Page 3 of 3